# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN TURNER, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:14-cv-01641-APG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| THE U.S. JUDICIAL DISTRICT COURT ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion Waiving Filing Fees (#1), filed on October 6, 2014. Plaintiff requests that the Court waive the filing fees for his case before the Supreme Court of Nevada. This Court has no authority over the Supreme Court of Nevada. Additionally, this Court has no information regarding the subject matter of this case. Based on the information provided by Plaintiff, this Court has no jurisdiction in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Waiving Filing Fees (#1) is denied.

DATED this 8th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge