# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN TURNER,

    Plaintiff,

v.

U.S. JUDICIAL DISTRICT COURT,

    Defendant.

2:14-cv-1641-APG-GWF

**ORDER**

## I. DISCUSSION

On October 6, 2014, the Clerk of the Court opened a new case and docketed a document from Plaintiff entitled "motion for an order waiving filing of fees." (ECF No. 1). The motion sought an order from this Court waiving the filing fees in one of Plaintiff's Nevada Supreme Court cases. (*Id.* at 1).

On October 9, 2014, this Court issued an order denying Plaintiff's request to waive the filing fees for his Nevada Supreme Court case because this Court had no authority over the Nevada Supreme Court. (ECF No. 2).

On November 7, 2014, Plaintiff filed a motion for clarification on this Court's order. (ECF No. 3 at 1). According to the motion, Plaintiff does not know what case the Court's order pertains to. (*Id.*).

The Court now grants Plaintiff's motion for clarification. The Clerk of the Court shall send Plaintiff a copy of his original motion (ECF No. 1) which should aid in Plaintiff's understanding of this Court's October 9, 2014 order. If Plaintiff finds that this motion has been filed with this Court in error, he shall notify the Court within 30 days of entry of this order. Additionally, if Plaintiff intends to initiate a lawsuit in this matter, he shall file a complaint and an application to proceed *in forma pauperis* within 30 days of entry of this order. If Plaintiff

fails to initiate a lawsuit in this matter within 30 days from the date of entry of this order, the Court shall close this case.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for clarification (ECF No. 3) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff a copy of the motion for an order waiving filing fees (ECF No. 1).

IT IS FURTHER ORDERED that, if Plaintiff chooses to initiate a lawsuit in this matter, Plaintiff shall file both a complaint and an application to proceed *in forma pauperis*, within 30 days from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that, if Plaintiff fails to initiate a lawsuit in this matter within 30 days from the date of this order, the Court shall close this case.

DATED: This 12th day of November, 2014.

_____
United States Magistrate Judge